UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 10 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ELIZABETH EUER, | ) ) |
| Defendant. | ) ) |

4:15CR0065 CEJ

## MISDEMEANOR INFORMATION

### COUNT ONE

The United States Attorney charges:

On or about November 2, 2012, in the Eastern District of Missouri, the defendant,

**ELIZABETH EUER,**

did willfully and knowingly steal, purloin, and convert to her use, and the use of another, money of the United States, that is, funds of the Social Security Administration, that being Social Security Administration disability benefits while being gainfully employed.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,
RICHARD CALLAHAN
United States Attorney

_/s/ Tracy L. Berry_
TRACY L. BERRY   014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

1

UNITED STATES OF AMERICA )
EASTERN DIVISION )
WESTERN DISTRICT OF MISSOURI )

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this 10th day of February 2015.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK